**IN THE UNITED STATES DISTRICT COURT**
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Case: 4:25−cv−12215
District Judge F. Kay Behm
Magistrate Judge: Patti, Anthony P.

JOHN DOE,
Plaintiff,

v.

KNIGHT-SWIFT TRANSPORTATION HOLDINGS INC.,
Defendant.

_____

Case No.: (To be assigned)
Hon.: (To be assigned)

**Civil Complaint – Negligence (Federal Tort Claim)**

**COMPLAINT**

Plaintiff, JOHN DOE, brings this civil action against Knight-Swift Transportation Holdings Inc., and alleges as follows:

**I. JURISDICTION AND VENUE**

1. This Court has jurisdiction pursuant to 28 U.S.C. § 1332 (diversity of citizenship and amount in controversy) and/or 28 U.S.C. § 1331 (federal question jurisdiction where federal laws/regulations are involved).
2. Venue is proper in the Eastern District of Michigan under 28 U.S.C. § 1391(b), as a substantial part of the events or omissions giving rise to this claim occurred within this District.
3. 1. Plaintiff is a resident of the State of Michigan and was employed as an over-the-road truck driver for Knight-Swift Transportation Holdings Inc., a multinational shipping company headquartered in Phoenix, Arizona.
4. 2. Defendant Knight-Swift Transportation Holdings Inc. operates commercial trucking services in Michigan and throughout the United States.

5. 3. Jurisdiction is proper under 28 U.S.C. § 1332 due to diversity of citizenship and the amount in controversy exceeding $75,000.
6. 4. Venue is proper in this District under 28 U.S.C. § 1391 because a substantial part of the events or omissions giving rise to the claims occurred in this District.
7. 

## II. PARTIES

8. Plaintiff, JOHN DOE, is a United States citizen and current employee of Defendant, whose identity is withheld under a pseudonym to protect against retaliatory termination and harassment.
9. Defendant, Knight-Swift Transportation Holdings Inc., is a publicly traded trucking company headquartered at:
   2002 West Wahalla Lane
   Phoenix, AZ 85027
   and operates within Michigan and across multiple states.

## III. FACTUAL ALLEGATIONS

10. Plaintiff has been employed by Knight-Swift (formerly US Xpress) as an over-the-road truck driver.
11. During his employment, Plaintiff was subjected to dangerous, negligent, and hostile working conditions, including but not limited to:
    Exposure to carbon monoxide due to poorly maintained truck HVAC, i.e., Flex hose systems.
12. 5. Plaintiff regularly drove across the United States under Knight-Swift's employment, reporting terminal maintenance discovered issues with the truck and always decided what they would repair and what , they would not repair. Terminal maintenance employees always decided not to repair the flex hose, which presented serious mechanical and safety risks.
13. 6. Despite repeated vehicle inspections in various states and cities and assessments by Knight-Swift's certified repair personnel i.e. U.S xpress, the defective condition was not corrected, and the truck continued operating in a hazardous state.
14. 7. This negligence exposed Plaintiff to the risk of physical harm, emotional stress, and professional danger.

15. 8. Plaintiff filed a formal internal complaint with Knight-Swift i.e., U.S. Xpress, which was met with dismissiveness and inaction.

16.
    - Negligent failure to provide proper safety inspections and repairs.
    - Repeated exposure to toxic fumes and other hazardous environmental conditions, causing Plaintiff to suffer physical symptoms including nausea, dizziness, and breathing difficulty.
    - Defendant's agents and supervisors were notified but failed to take corrective action.
17. Defendant had actual and constructive knowledge of these conditions and failed to mitigate foreseeable risks in violation of federal safety standards and their duty of care.
18. Plaintiff also experienced retaliation, harassment, and threats of termination when attempting to report these conditions internally.

## IV. CLAIM FOR RELIEF – NEGLIGENCE

19. Plaintiff incorporates paragraphs 1–8.
20. Defendant owed Plaintiff a duty of care to provide a safe working environment, including:
    - Ensuring vehicles are free of toxic and harmful fumes.
    - Performing proper preventive maintenance and safety checks.
    - Taking appropriate action after complaints of environmental hazards.
21. Defendant breached its duty of care by:
    - Allowing vehicles with faulty HVAC and exhaust systems on the road.
    - Ignoring or delaying required maintenance.
    - Failing to act on credible health and safety complaints.
22. As a direct and proximate result, Plaintiff suffered:
    - Physical injury
    - Mental and emotional distress
    - Loss of income and diminished ability to work

## V. PRAYER FOR RELIEF FROM DAMAGES

- Compensatory damages for medical costs, pain and suffering, and lost wages
- Punitive damages to deter Defendant from continued reckless disregard
- Injunctive relief for improved truck safety procedures
- Costs and reasonable attorney's fees
- Any further relief this Court deems just and proper

-

- WHEREFORE, Plaintiff respectfully requests that this Court:

- . Enter judgment in favor of Plaintiff and against Defendant for compensatory damages in the amount of $20,000,000

### VI. DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted,

DATED: July 16, 2025

JOHN DOE   *John Doe*
Plaintiff, Pro Se
(Appearing as John Doe)
P.O. Box 21722
Detroit, Michigan 48221
Phone 313-398-1757
Email Johndoe321510@yahoo.com

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
**John doe**

County of Residence of First Plaintiff Wayne
Attorneys *(Firm Name, Address, and Telephone Number)*

Pro Se Plaintiff (Appearing as John Doe)
P.O. Box 21722
Detroit, Michigan 48221
Phone 313-398-1757
Email Johndoe321510@yahoo.com

## DEFENDANTS
KNIGHT-SWIFT TRANSPORTATION HOLDINGS INC.,

County of Residence of First Listed Defendant Maricopa County Michigan across Wayne and various Jurisdictions
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [x] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**TORTS — PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

**TORTS — PERSONAL INJURY**
- [x] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**CIVIL RIGHTS**
- [ ] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

**PRISONER PETITIONS — Habeas Corpus:**
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty

**Other:**
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*
- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C Subsection 1331.

Brief description of cause:
Negligence and personal injury under federal safety carbon monoxide poisoning failure to maintain safe commercial vehicles

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $** $20,000,000

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

**DATE** July 16, 2025

**SIGNATURE OF ATTORNEY OF RECORD**
/s/ John doe  Signed *John Doe*

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

PURSUANT TO LOCAL RULE 83.11

1. Is this a case that has been previously dismissed?  ☐ Yes  ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)  ☐ Yes  ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

Notes :  Sealed Statement of Plaintiff's True Identity File Pursuant to Motion to proceed Under Pseudonym