UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHNNY GROUBBS,                                      Case No. 25-12215

       Plaintiff,                                 F. Kay Behm
v.                                                   United States District Judge

KNIGHT-SWIFT TRANSPORTATION                          Anothony P. Patti
HOLDINGS, INC.,                                      United States Magistrate Judge

       Defendant.
_____/

**OPINION AND ORDER ACCEPTING AND ADOPTING
THE MAGISTRATE JUDGE'S MAY 8, 2026
<u>REPORT AND RECOMMENDATION (ECF No. 60)</u>**

Currently before the court is Magistrate Judge Anthony P. Patti's May 8, 2026, Report and Recommendation.  (ECF No. 60).  Magistrate Judge Patti recommends granting Defendant's motion to compel arbitration (ECF No. 25) and dismissing this case.  The court is fully advised in the premises and has reviewed the record and the pleadings.  Neither party has filed timely objections.[1]  "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal,*

---

[1] Plaintiff moved to extend the time to file objections (ECF No. 62), but the court denied the motion, finding no good cause or excusable neglect.  (ECF No. 64).

2012 WL 3639070 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S.

140, 149 (1985)).  The court nevertheless agrees with the Magistrate Judge's

recommended disposition.  Therefore, the court **ACCEPTS** and **ADOPTS** the

Magistrate Judge's Report and Recommendation (ECF No. 60), **GRANTS**

Defendant's motion to compel arbitration (ECF No. 25), and **DISMISSES** the

complaint without prejudice to the parties' ability to conduct an arbitration

under their arbitration agreement.

     **SO ORDERED**.

Date: June 10, 2026
                                    s/F. Kay Behm
                                    F. Kay Behm
                                    United States District Judge