UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHNNY GROUBBS,                                  Case No. 25-12215

     Plaintiff,                              F. Kay Behm
v.                                               United States District Judge

KNIGHT-SWIFT TRANSPORTATION                      Anothony P. Patti
HOLDINGS, INC.,                                  United States Magistrate Judge

     Defendant.
_____/

## JUDGMENT

In accordance with the Opinion and Order issued on June 10, 2026, the case is **DISMISSED** without prejudice to the parties' ability to conduct an arbitration under their arbitration agreement.

**SO ORDERED**.

Date: June 10, 2026                     s/F. Kay Behm
                                        F. Kay Behm
                                        United States District Judge